**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

July 31, 2014

Hon. Luis V. Saenz
District Attorney
964 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Hon. John T. Blaylock
Attorney at Law
422 E. Harrison
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-13-00637-CR
Tr.Ct.No. 2012-DCL-3983-A
Style:     International Fidelity Insurance Company d/b/a Roque Bail Bonds v. The
           State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney * DELIVERED VIA E-MAIL *
       107th District Court * DELIVERED VIA E-MAIL *
       Hon. Aurora De La Garza, Cameron County District Clerk * DELIVERED VIA E-MAIL *
       Hon. J. Rolando Olvera Jr., Presiding Judge, 5th Administrative Judicial Region * DELIVERED VIA E-MAIL *